# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1130
LT Case No. 2020-DP-001419-X

_____

A.L.K., MOTHER OF A.J.K,
A CHILD,

    Appellant,

    v.

B.J., AND R.J.,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of
Criminal Conflict & Civil Regional Counsel, Casselberry, for
Appellant.

No Appearance for Appellees, B.J. and R.J.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, of Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem o/b/o A.K.


September 14, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____